# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN HUYNH AKA TOM HUYNH, | Case No. 2:24−CV−00970−DJC−SCR |
| Plaintiff, | Hon. Daniel J Calabretta |
| v. | **JUDGMENT** |
| FORD MOTOR COMPANY; ELK GROVE FORD; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff TUAN HUYNH ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 November 12, 2024.

The issue of Plaintiff's attorneys' fees, costs, and expenses remains outstanding. Plaintiff's attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $150,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated:  December 4, 2024      /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

**JUDGMENT**