# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN HUYNH AKA TOM HUYNH,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; ELK GROVE FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00970-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES** |

On February 21, 2025, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is GRANTED;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from March 3, 2025 to May 2, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  February 25, 2025         /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

-1-