# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN HUYNH aka TOM HUYNH,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; ELK GROVE FORD, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00970-DJC-SCR<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff TUAN HUYNH ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $13,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by July 9, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: April 14, 2025         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE